**27858, 27859.   HINES v. BECKNER et al.; and vice versa.**

BROYLES, C. J.   In this case a nonsuit was awarded, and the only assignment of error in the main bill of exceptions is upon the overruling of a motion for new trial.   Since a judgment of nonsuit can not be reviewed by a motion for new trial, the court did not err in overruling the motion.   *DeLoach* v. *Hicks*, 54 *Ga. App.* 405 (187 S. E. 886).   In view of this ruling, it is not necessary to consider the cross-bill of exceptions.

*Judgment affirmed on main bill of exceptions; cross-bill dismissed.   MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 1, 1940.

*A. B. Conger,* for plaintiff.   *H. G. Bell,* for defendants.

**28017.   RAY v. GUNN.**

BROYLES, C. J.   1.   Property in the possession of a levying officer in pursuance of a lawful process can not be recovered from the officer in an action of trover.   In such a case the property is in custodia legis, and there has been no conversion thereof.   *Phillips* v. *Evans*, 45 *Ga. App.* 440 (165 S. E. 140) ; *Martin* v. *English*, 23 *Ga. App.* 484 (98 S. E. 505) ; *Jeems* v. *Lewis*, 13 *Ga. App.* 456 (2, 3) (79 S. E. 235) ; *Barton* v. *Thompson*, 13 *Ga. App.* 786 (80 S. E. 30) ; *Jones* v. *McCowen*, 34 *Ga. App.* 801 (2) (131 S. E. 290).

2.   Applying the foregoing ruling to the facts of the instant case, the court did not err in dismissing the action on the ground "that trover is not the remedy to obtain personal property from a levying officer."

*Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 1, 1940.

*J. A. Mitchell,* for plaintiff.   *Osgood O. Williams,* for defendant.